IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARLENE M. ERVIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-886-SLR/SRF |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 26th day of June, 2014, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on June 4, 2014, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 32) is adopted.

2. Plaintiff's motion for attorney fees (D.I. 28) is granted. Plaintiff is awarded attorney fees in the amount of $7,827.00.

_____
United States District Judge